FILED

SEP 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH FUENTES; MYRNA JOHNSTON, individually, and on behalf of themselves and others similarly situated,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES INC., a Maryland corporation,<br><br>    Defendant-Appellee. | No.   20-55497<br><br>D.C. Nos.   2:17-cv-01072-AB-E<br>                  2:17-cv-08932-AB-E<br>Central District of California, Los Angeles<br><br>ORDER |

The Clerk is directed to temporarily close this court's docket for administrative purposes only until April 20, 2021. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

If this matter is resolved before April 20, 2021, appellants shall file either a motion or stipulation to dismiss this appeal pursuant to Fed. R. App. P. 42(b).

At any time before April 20, 2021, any party may request that this appeal be reopened.

A further dial-in conference is scheduled for April 20, 2021, at 11:00 a.m. **Pacific Time**.

Each participant will receive an email with dial-in information.

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

SMC/Mediation